U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1544**

In the Matter of                                   Case Number:

ILLINOIS INDUSTRIAL TOOLS, INC. d/b/a/ JMK/IIT, INC.
and JMK SALES, INC.
v.
DIAMOND VISIONS, INC. and ROBERT W. HEINZEL

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ILLINOIS INDUSTRIAL TOOLS, INC. d/b/a/ JMK/IIT, INC. and JMK SALES, INC.

**JUDGE DARRAH**
**MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print) | |
| Katherine K. Ivers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Katherine K. Ivers | |
| FIRM | |
| Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS | |
| 225 West Wacker Drive | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6284902 | 312-201-2927 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES ☐    NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |

**FILED**
**MARCH 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT