IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS INDUSTRIAL TOOLS, INC. d/b/a/ JMK/IIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND VISIONS, INC., and ROBERT W. HEINZEL, <br><br> Defendants. | CASE NO.      08 C 1544 <br><br> JUDGE:  DARRAH <br><br> MAGISTRATE JUDGE:  COX <br><br> Trial By Jury Demanded |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Illinois Industrial Tools, Inc. d/b/a/ JMK/IIT, Inc. ("JMK/IIT") moves pursuant to Federal Rule of Civil Procedure 65 and 15 U.S.C. § 1116(a) for a preliminary injunction against Diamond Visions, Inc. ("Diamond Visions"), and Robert W. Heinzel ("Heinzel") (collectively, "Defendants"): (1) enjoining each Defendant from directly or indirectly distributing, selling, transferring, destroying or otherwise disposing of discount tools, baseball hats and other 'close-out' items, the type of items distributed by JMK/IIT, excluding sunglasses and reading glasses; (2) enjoining each Defendant from directly or indirectly distributing, selling, transferring, destroying or otherwise disposing of discount tools, baseball hats and other 'close-out' items that bear Plaintiff's trademark; (3) enjoining each Defendant from advertising, marketing, offering to sell or otherwise utilizing Plaintiffs' trademark in any fashion; and (4) enjoining each Defendant from destroying or otherwise disposing of any records or documents reliationg to purchases, sales or transfers of goods for the past 24 months. In support of its motion, Plaintiff submits its Memorandum of Law In Support of Motion for Preliminary Injunction.

Dated: March 27, 2008

Respectfully submitted,

/s/ Christopher T. Sheean
Christopher T. Sheean (ARDC#6210018)
Katherine K. Ivers (ARDC#6284902)
WILDMAN, HARROLD, ALLEN & DIXON LLP
Attorneys for Plaintiffs
225 West Wacker Drive
Chicago, Illinois 60606
Telephone No. (312) 201-2000
Facsimile No. (312) 416-4659

## PROOF OF SERVICE

I, Christopher T. Sheean, an attorney, on oath affirm that all parties of record have been provided copies of this **Motion for Preliminary Injunction** and the above-named document, by ( ) Hand delivery ( ) Facsimile ( X ) U.S. Mail located at 225 W. Wacker Drive, Chicago, Illinois 60606, before 5:00 p.m. on this **27**th **day of March, 2008.**

[X] Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

/s/ Christopher T. Sheean

1865880-1