IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS INDUSTRIAL TOOLS, INC. d/b/a/ JMK/IIT, INC. and JMK SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND VISIONS, INC. and ROBERT W. HEINZEL, <br><br> Defendants. | CASE NO.    08 C 1544 <br><br> JUDGE: DARRAH <br><br> MAGISTRATE JUDGE: COX <br><br> Trial By Jury Demanded |

## NOTICE OF MOTION

TO:

Diamond Visions, Inc.
9817 South 13th Street
Oak Creek, WI 53154

Robert W. Heinzel
Diamond Visions, Inc.
9817 South 13th Street
Oak Creek, WI 53154

PLEASE TAKE NOTICE that on **Wednesday, April 9, 2008**, at **9:00 a.m.**, we shall appear before the **Honorable Judge John W. Darrah**, or any judge sitting in his stead at the U.S. District for the Northern District of Illinois, Eastern Division, **Room 1203**, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Plaintiffs' Motion for Preliminary Injunction**, a copy of which is attached hereto.

Dated: March 27, 2008

Respectfully submitted,

/s/ Christopher T. Sheean

Christopher T. Sheean (ARDC#6210018)
Katherine K. Ivers (ARDC#6284902)
WILDMAN, HARROLD, ALLEN & DIXON LLP
Attorneys for Plaintiffs
225 West Wacker Drive
Chicago, Illinois 60606
Telephone No. (312) 201-2000
Facsimile No. (312) 201-2555

1865880-1

## PROOF OF SERVICE

I, Christopher T. Sheean, an attorney, on oath affirm that all parties of record have been provided copies of this **Notice of Motion** and the above-named document, by ( )   Hand delivery ( ) Facsimile ( X ) U.S. Mail located at 225 W. Wacker Drive, Chicago, Illinois 60606, before 5:00 p.m. on this **27**[th] **day of March, 2008.**

[X] Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

/s/ **Christopher T. Sheean**

1865880-1