IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS INDUSTRIAL TOOLS, INC. d/b/a/ JMK/IIT, INC. and JMK SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND VISIONS, INC. and ROBERT W. HEINZEL, <br><br> Defendants. | CASE NO.   08 C 1544 <br><br> JUDGE: DARRAH <br><br> MAGISTRATE JUDGE: COX <br><br> Trial By Jury Demanded |

## RE-NOTICE OF MOTION

TO:

Diamond Visions, Inc.
9817 South 13th Street
Oak Creek, WI 53154

Robert W. Heinzel
Diamond Visions, Inc.
9817 South 13th Street
Oak Creek, WI 53154

PLEASE TAKE NOTICE that on **Thursday, May 15 2008**, at **9:00 a.m.**, we shall appear before the **Honorable Judge John W. Darrah**, or any judge sitting in his stead at the U.S. District for the Northern District of Illinois, Eastern Division, **Room 1203**, 219 S. Dearborn St., Chicago, Illinois, and then and there present **Plaintiffs' Motion for Preliminary Injunction**, a copy of which is attached hereto.

Dated: April 16, 2008

Respectfully submitted,

**/s/ Christopher T. Sheean**

Christopher T. Sheean (ARDC#6210018)
Katherine K. Ivers (ARDC#6284902)
WILDMAN, HARROLD, ALLEN & DIXON LLP
Attorneys for Plaintiffs
225 West Wacker Drive
Chicago, Illinois 60606
Telephone No. (312) 201-2000
Facsimile No. (312) 201-2555

1865880-1

## PROOF OF SERVICE

I, Christopher T. Sheean, an attorney, on oath affirm that all parties of record have been provided copies of this **Re-Notice of Motion** by U.S. Mail located at 225 W. Wacker Drive, Chicago, Illinois 60606, before 5:00 p.m. on this **13th day of April, 2008.**

                                       **/s/ Christopher T. Sheean**

1865880-1