## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ILLINOIS INDUSTRIAL TOOLS, INC.
d/b/a JMK/ITT, INC. and JMK SALES, INC.
  v.
DIAMOND VISIONS, INC. and ROBERT W. HEINZEL

Case Number: 08 C 1544

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DIAMOND VISIONS, INC. and ROBERT W. HEINZEL

| | |
|---|---|
| NAME (Type or print) | |
| STEVEN V. HUNTER, ESQ. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ STEVEN V. HUNTER | |
| FIRM | |
| QUARLES & BRADY LLP | |
| STREET ADDRESS | |
| 500 West Madison Street, 37th Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60661-2511 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6277695 | 312-715-5087 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |