IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS INDUSTRIAL TOOLS, INC. ) | | |
| d/b/a JMK/ITT, INC. and JMK SALES, INC. ) | | |
| ) | | |
| Plaintiffs, ) | Case No. 08 C 1544 | |
| ) | | |
| v. ) | Judge John W. Darrah | |
| ) | | |
| DIAMOND VISIONS, INC. and ROBERT W. ) | Magistrate Judge: Cox | |
| HEINZEL ) | | |
| ) | Trial By Jury Demanded | |
| Defendants. ) | | |

**DEFENDANTS' MOTION FOR ENLARGEMENT
OF TIME TO ANSWER PLAINTIFFS' COMPLAINT**

Defendants, Diamond Visions, Inc. ("Diamond Visions") and Robert W. Heinzel ("Mr. Heinzel") (collectively "Defendants"), move this Court to enlarge the amount of time to answer or otherwise plead to Plaintiffs' Complaint.

1.  This case concerns, *inter alia*, the sale of certain goods which Plaintiff has asserted were the subject of a non-compete agreement with Defendant Mr. Heinzel.

2.  The parties have conferred and believe they have reached an amicable resolution to their dispute, subject to agreed documentation and resolution of any issues remaining during that documentation.

3.  The parties have agreed that additional time is required to complete the details of their agreement and to negotiate the final language of their settlement agreement.

4.  To that end, Plaintiffs have voluntarily continued the April 23, 2008 preliminary injunction hearing to May 15, 2008.

5.  Consequently, Defendants move this Court, pursuant FRCP 6(b), to enlarge the amount of time allowed to answer or otherwise plead to Plaintiff's Complaint.

QBACTIVE\6192535.3

6. Neither party will suffer prejudice if Plaintiffs' motion is granted.

7. Plaintiffs' counsel has informed Defendants' counsel that Plaintiffs have agreed to the relief requested by this Motion.

**WHEREFORE**, Defendants, Diamond Visions, Inc. and Robert W. Heinzel, request this Court enter an order:

1. granting Defendants until June 1, 2008 to file an answer to Plaintiffs' Complaint; and,

2. setting a date some time after May 1, 2008 and before May 30, 2008 for status on settlement.

Dated: April 17, 2008

DIAMOND VISIONS, INC. AND ROBERT W. HEINZEL

By: /s/ Steven V. Hunter
One of Their Attorneys

Donald R. Cassling, Esq. (ARDC No. 0412538)
Steven V. Hunter, Esq. (ARDC No. 6277695)
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 715-5000
(312) 715-5155 (fax)