# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ILLINOIS INDUSTRIAL TOOLS, INC. ) <br> d/b/a JMK/ITT, INC. and JMK SALES, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIAMOND VISIONS, INC. and ROBERT W. ) <br> HEINZEL ) <br> ) <br> Defendants. ) | Case No. 08 C 1544 <br><br> Judge John W. Darrah <br><br> Magistrate Judge: Cox <br><br> Trial by Jury Demanded |

## NOTICE OF MOTION

To:   Christopher T. Sheean
      Katherine K. Ivers
      Wildman, Harrold, Allen & Dixon LLP
      225 West Wacker Drive
      Chicago, IL 60606

　　　PLEASE TAKE NOTICE that on April 22, 2008 at 9:00 a.m., I shall appear before the Honorable Judge John W. Darrah or any Judge who may be sitting in his place and stead, in Courtroom 1203, of the United States District Court, located at 219 South Dearborn Street, Chicago, Illinois, and there and then present **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFFS' COMPLAINT,** a copy of which is hereby served upon you.

Dated: April 17, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DIAMOND VISIONS, INC. AND ROBERT W. HEINZEL


　　　　　　　　　　　　　　　　　　　　By:　　　/s/ Steven V. Hunter
　　　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Donald R. Cassling, Esq. (ARDC No. 0412538)
Steven V. Hunter, Esq. (ARDC No. 6277695)
QUARLES & BRADY LLP
500 West Madison Street, Suite 3700
Chicago, Illinois  60661
(312) 715-5000
(312) 715-5155 (fax)

QBACTIVE\132640.00002\6194553.1

## CERTIFICATE OF SERVICE

Steven V. Hunter, an attorney, on oath states that on April 17, 2008, he caused the foregoing **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFFS' COMPLAINT** to be electronically filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated below. Parties may access this filing through the Court's CM/ECF system. Additionally service to Mr. Sheean will be sent by Regular Mail.

>   Christopher T. Sheean
>   Katherine K. Ivers
>   Wildman, Harrold, Allen & Dixon LLP
>   225 West Wacker Drive
>   Chicago, IL 60606

>   /s/ Steven V. Hunter
>   Steven V. Hunter

QBACTIVE\132640.00002\6194553.1