## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1544 | **DATE** | 4/21/08 |
| **CASE TITLE** | Illinois Industrial Tools, Inc., et al. v. Diamond Visions, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for extension of time [16, 17] is granted. Defendants have until 6/2/08 to file an Answer to Plaintiffs' Complaint.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|