# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1544 | **DATE** | 5/22/08 |
| **CASE TITLE** | Illinois Industrial Tool, Inc., et al. v. Diamond Visions, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 6/4/08 is reset to 6/19/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|