HHW

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1544 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Illinois Industrial Tools, Inc. vs. Diamond Visions, Inc., et. al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Consent Order for Injunctive Relief.

■ [ For further detail see separate order(s).]　　　　Docketing to mail notices.

Courtroom Deputy Initials: MF